419th District Court

## Case Summary

### Case No. D-1-GN-24-001670

| | | | |
|---|---|---|---|
| SHARON FLEMING vs. GATEWAY SQUARE LLC,WPG TEXAS PROPERTIES, LLC,WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC | § § § | Location: Judicial Officer: Filed on: | **419th District Court** **419TH, DISTRICT COURT** **03/14/2024** |

---

## Case Information

Case Type:  Premises
Case Status:  **03/14/2024  Open**

---

## Assignment Information

**Current Case Assignment**
Case Number    D-1-GN-24-001670
Court                419th District Court
Date Assigned    03/14/2024
Judicial Officer   419TH, DISTRICT COURT

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **FLEMING, SHARON** | RUTTER, PETER J *Retained* |
| **Defendant** | **GATEWAY SQUARE LLC** | Aguirre, Alma J *Retained* |
| | **ULTA SALON, COSMETICS & FRAGRANCE, INC.** | SMITH, SARAH RUSSELL *Retained* |
| | | CATALANI, AMANDA LEIGH *Retained* |
| | **WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC** | Aguirre, Alma J *Retained* |
| | **WPG TEXAS PROPERTIES, LLC** | |

---

## Case Events

| | |
|---|---|
| 03/14/2024 | ORIGINAL PETITION/APPLICATION (OCA) *PLAINTIFF S ORIGINAL PETITION* Party:  Plaintiff FLEMING, SHARON |
| 03/14/2024 | OTHER/NOTICE *SERVICE REQUEST* |
| 04/04/2024 | UNEXECUTED RETURN OF SERVICE *RETURN OF NON SERVICE - WPG TEXAS PROPERTIES, LLC* Party:  Plaintiff FLEMING, SHARON |
| 05/14/2024 | EXECUTED SERVICE *EXECUTED CITATION ULTA SALON COSMETICS AND FRAGRANCE INC* Party:  Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. |
| 05/15/2024 | EXECUTED SERVICE *EXECUTED RETURN SERVICE OF CITATION -GETAWAY SQUARE, LLC* Party:  Plaintiff FLEMING, SHARON |


**EXHIBIT D**

## Case Summary

### Case No. D-1-GN-24-001670

05/15/2024    EXECUTED SERVICE
        *EXECUTED RETURN SERVICE OF CITATION -WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC.*
        Party:  Plaintiff FLEMING, SHARON

06/06/2024
ORIGINAL ANSWER/WAIVER
    *DEFENDANTS GATEWAY SQUARE LLC AND WASHINGTON PRIME MANAGEMENT ASSOCIATES ANSWER TO PLAINTIFF S ORIGINAL PETITION*
  Party:  Defendant GATEWAY SQUARE LLC;
        Defendant WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC

06/07/2024    OTHER/NOTICE
        *NOTICE OF APPEARANCE*
        Party:  Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC.

06/10/2024    ORIGINAL ANSWER/WAIVER
    *DEFENDANT ULTA BEAUTY, INC. S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO PLAINTIFF S ORIGINAL PETITION*
  Party:  Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC.

---

## Service Events

---

03/18/2024    **Citation**
        GATEWAY SQUARE LLC
        Served: 05/15/2024

03/18/2024    **Citation**
        ULTA SALON, COSMETICS & FRAGRANCE, INC.
        Served: 05/14/2024

03/18/2024    **Citation**
        WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC
        Served: 05/15/2024

03/18/2024    **Citation**
        WPG TEXAS PROPERTIES, LLC
        Returned Unserved
        04/04/2024



**EXHIBIT D**

D-1-GN-24-001670

3/14/2024 2:33 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Ruben Tamez

CAUSE NO. _____

| | | |
|---|---|---|
| **SHARON FLEMING,** | § | **IN THE DISTRICT COURT** |
| | § | |
| *PLAINTIFF,* | § | 419TH, DISTRICT COURT |
| | § | |
| **v.** | § | **\_\_\_\_\_ JUDICIAL DISTRICT** |
| | § | |
| **GATEWAY SQUARE LLC,** | § | |
| **WPG TEXAS PROPERTIES, LLC,** | § | |
| **WASHINGTON PRIME MANAGEMENT** | § | |
| **ASSOCIATES, LLC, and ULTA SALON,** | § | |
| **COSMETICS & FRAGRANCE, INC.,** | § | |
| | § | |
| *DEFENDANTS.* | § | **TRAVIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiff Sharon Fleming ("Plaintiff") complaining of Defendants Gateway Square LLC, WPG Texas Properties, LLC, Washington Prime Management Associates, LLC, and Ulta Salon, Cosmetics & Fragrance, Inc. (collectively "Defendants") and files this Original Petition and for cause of action would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.00    Plaintiff intends to conduct discovery under Level 3 of Rule 190.4 of the Texas Rules of Civil Procedure.

### II.
### STATUS OF PARTIES AND SERVICE

2.00    Plaintiff is an individual who at all times relevant to this action resided in Travis County, Texas. Plaintiff's Texas Driver's License Number is XXXXX7382 and her Social Security Number is XXX-XX-X060.

**EXHIBIT D-1**

2.01    Defendant Gateway Square LLC ("Gateway") is a foreign limited liability company organized under the laws of the State of Delaware, with its principal place of business in the State of Delaware, and doing business in the State of Texas.  Defendant Gateway can be served with process by serving its registered agent, CT Corporation System, via private process server at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, or wherever service may be accomplished.  *Issuance of citation is requested at this time.*

2.02    Defendant WPG Texas Properties, LLC ("WPG Texas") is a domestic limited liability company organized under the laws of the State of Texas, with its principal place of business in the State of New Jersey, and doing business in the State of Texas.  Defendant WPG Texas can be served with process by serving its registered agent, Paracorp Incorporated, via private process server at 3610-2 North Josey Lane, Suite 223, Carrollton, Texas 75007, or wherever service may be accomplished.  *Issuance of citation is requested at this time.*

2.03    Defendant Washington Prime Management Associates, LLC ("Washington Prime") is a foreign limited liability company organized under the laws of the State of Indiana, with its principal place of business in the Sate of Ohio, and doing business in the State of Texas.  Defendant Washington Prime can be served with process by serving its registered agent, CT Corporation System, via private process server at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, or wherever service may be accomplished.  *Issuance of citation is requested at this time.*

2.04    Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta") is a foreign corporation, organized under the laws of the State of Delaware, with its principal place of business in the State of Illinois, and doing business in the State of Texas.  Defendant Ulta can be served with process by serving its registered agent, Prentice Hall Corporation System, via private process server at 211

EXHIBIT D-1

East 7th Street, Suite 620, Austin, Texas 78701, or wherever service may be accomplished. *Issuance of citation is requested at this time.*

2.05    In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein.

### III.
### JURISDICTION AND VENUE

3.00    Jurisdiction and venue are proper in this Court in that Travis County is the county in which all or a substantial part of the events or omissions giving rise to this claim occurred. *See* Tex. Civ. Prac. & Rem. Code § 15.002(a)(1).

3.01    This Court has jurisdiction over this cause of action because Plaintiff's damages are within the jurisdictional limits of this Court and all conditions precedent have been performed or have occurred.

### IV.
### FACTS

4.00    On June 4, 2022, Plaintiff was an invitee at the Ulta Beauty store in the Gateway Market Shopping Center located at 9607 Research Boulevard, Suite 600, in Austin, Travis County, Texas (the "Premises"), which upon information and belief was owned, operated, controlled, possessed, managed, and/or otherwise under the dominion of Defendants.

4.01    At the time of the incident in question, Plaintiff had just finished shopping at the Premises. As she exited the store, Plaintiff held the door open for another customer who had a young child with her. Once the other customers entered the store, Plaintiff turned around and suddenly and without warning, was caused to fall due to an unreasonably dangerous condition that was placed directly in front of the door and fell forwards up the set of stairs.

**EXHIBIT D-1**

4.02    At the time of the incident in question, there were no markings on the stairs or signs, warning invitees of any danger. Plaintiff did not have knowledge of the dangerous condition and could not have reasonably been expected to discover it prior to the incident. Defendants' failure to condition and/or failure to adequately warn Plaintiff constituted negligence, and such negligence was the proximate cause of the occurrence in question and Plaintiff's resulting severe injuries.

4.03    As a result of the incident in question, Plaintiff sustained severe bodily injuries and damages, which were caused as a direct result of Defendants' negligence.

## V.
## VICARIOUS LIABILITY/RESPONDEAT SUPERIOR

5.00    Pursuant to Rule 58 of the Texas Rules of Civil Procedure, Plaintiff hereby adopts the allegations made in all preceding paragraphs of this Original Petition as if fully set forth herein.

5.01    Whenever an allegation is made as to Defendants, it is meant that the employees, agents, officers, representatives or servants of Defendants did such act or failed to do such act, and at the time such act or omission occurred, it was with full knowledge, authorization or ratification of Defendants, or was done in the normal and routine course and scope of the employment or agency of such person with Defendants.

5.02    Under the doctrine of *Respondeat Superior*, Defendants are liable to Plaintiff for the actions or omissions of its employees, agents, officers, representatives or servants, whether taken singularly or in any combination, in relation to the facts underlying this complaint, as described herein and as further will be revealed through the discovery and litigation of this matter. Therefore, any liability found against Defendants' employees, agents, officers, representatives or servants should be imputed jointly and severally to Defendants.

EXHIBIT D-1

## VI.
## NEGLIGENCE OF DEFENDANTS

6.00    Pursuant to Rule 58 of the Texas Rules of Civil Procedure, Plaintiff hereby adopts the allegations made in all preceding paragraphs of this Original Petition as if fully set forth herein.

6.01    The Premises was owned, operated, controlled, possessed, managed, and/or otherwise under the dominion of Defendants, at the time of the incident in question. Defendants were negligent in the following aspects:

a.    Creating an unreasonably dangerous condition;

b.    Failure to keep the Premises reasonably safe for others;

c.    Failure to give adequate and comprehensible warnings to Plaintiff of the unreasonably dangerous condition;

d.    Failure to anticipate Plaintiff's, and others similarly situated, inability to take measures to avoid the risk of the inherently dangerous condition;

e.    Failure to recruit, select, and hire competent employees, management, contractors, subcontractors, and person under their control, actual and/or contractual, capable of locating, preventing, reducing, eliminating, and warning about unreasonably dangerous conditions;

f.    Failure to ensure that their employees, management, contractors, subcontractors, and persons under their control, actual and/or contractual, reduce or eliminate any unreasonably dangerous conditions on the Premises;

g.    Failure to adequately supervise their employees, management, contractors, subcontractors, and persons under their control, actual and/or contractual, to ensure that they are locating, preventing, removing, and warning about dangerous conditions on the Premises;

h.    Failure to ensure that their employees, management; contractors, subcontractors, and persons under their control, actual and/or contractual, adequately train their employees and/or contract workers in locating, preventing, reducing, eliminating, and warning about unreasonably dangerous conditions on the Premises; and

i.    Failure to exercise ordinary care as a responsibly prudent business would have done under the same or similar circumstances.

EXHIBIT D-1

6.02    Each of the above-mentioned acts or omissions committed by Defendants, directly or indirectly caused Plaintiff's damages.

## VII.
## GROSS NEGLIGENCE OF DEFENDANTS

7.00    Pursuant to Rule 58 of the Texas Rules of Civil Procedure, Plaintiff hereby adopts the allegations made in all preceding paragraphs of this Original Petition as if fully set forth herein.

7.01    Plaintiff would further show that Defendants individually and through their employees, contractors, subcontractors, and/or persons under their control were grossly negligent in causing the incident in question, which resulted in Plaintiff's injuries and damages. Defendants and their employee(s), contractors, subcontractors, and/or persons under their control evidenced conscious indifference to the rights, safety and welfare of others in the manner that the Premises was maintained by persons who either lacked experience and were negligent to learn the proper way to do so, or who had the proper knowledge, but did not utilize the training they received.

7.02    The acts and/or omissions of Defendants are of such a character to rise to the level of gross negligence. Furthermore, Plaintiff would show that the acts and/or omissions of Defendants were carried out with a conscious disregard to the extreme danger of risk or the rights of others.

7.03    Defendants had actual subjective awareness that the above referenced acts and/or omissions would, in reasonable probability, result in serious personal injury or death.

7.04    Defendants engaged in acts or omissions that, when viewed objectively from their standpoint at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm and/or death to others, including Plaintiff.

7.05    The above acts and/or omissions were singularly and cumulatively a proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

EXHIBIT D-1

## VIII.
## DAMAGES

8.00    As a direct and proximate result of the negligent conduct of Defendants, Plaintiff suffered bodily injuries as reflected in the medical records from Plaintiff's health care providers that have treated her for the injuries she sustained during the incident in question. These injuries are likely to be permanent in nature. Plaintiff's injuries have had an effect on her health and well-being. As a further result of the nature and consequences of her injuries, Plaintiff has suffered and will likely continue to suffer physical pain and mental anguish in the future.

8.01    As a further result of all of the above, Plaintiff has incurred expenses for medical care and attention in the past and is likely to incur medical expenses in the future to treat the injuries she sustained during the incident in question.

8.02    Plaintiff respectfully requests that the trier of fact determine the amount of damages and losses for:

      a.      Past and future physical pain;

      b.      Past and future mental anguish;

      c.      Past and future medical expenses;

      d.      Past and future physical impairment;

      e.      Past and future disfigurement;

      f.      Past lost wages; and

      g.      Future loss of earning capacity.

8.03    Based on Defendants' conduct, Plaintiff is entitled to an award of exemplary damages. Defendants' conduct should be penalized and punished, and others in similar position to Defendants should be deterred from committing such acts or omissions in the future.

8.04    The damages sought by Plaintiff are within the jurisdictional limits of this Court.

**EXHIBIT D-1**

8.05    Plaintiff affirmatively states that she seeks monetary relief of over $1,000,000.00 and demand a judgment for all other relief to which Plaintiff is justly entitled at the time of filing this suit, which, with the passage of time, may change.

## IX.
## INTEREST

9.00    Plaintiff further requests both pre-judgment and post-judgment interest on all damages as allowed by law.

## X.
## JURY DEMAND

10.00    Plaintiff demands a trial by jury and tenders the appropriate fee with the filing of this petition.

## XI.
## NOTICE OF SELF-AUTHENTICATION

11.00    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendants are hereby noticed that the production of any document or things in response to Plaintiff's written discovery authenticates the document for use against Defendants in any pretrial proceeding or at trial.

## XII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that Defendants be cited to appear and answer, and on final trial hereafter, Plaintiff has judgment against Defendants in an amount within the jurisdictional limits of this Court, together with all pre-judgment and post-judgment interest as allowed by law, costs of Court, for compensatory and exemplary damages, and for such other and further relief, in law and in equity, to which Plaintiff may be justly entitled.

**EXHIBIT D-1**

RESPECTFULLY SUBMITTED,

*/s/ Peter J. Rutter*

Peter J. Rutter
**DJC LAW, PLLC**
SBN: 00791586
1012 W. Anderson Ln.
Austin, Texas 78757
pete@teamjustice.com
T: 512-220-1800
F: 512-220-1801
ATTORNEY FOR PLAINTIFF

**EXHIBIT D-1**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Madisen Lange on behalf of Peter John Rutter
Bar No. 791586
mlange@texasjustice.com
Envelope ID: 85563775
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 3/18/2024 7:15 AM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |

**EXHIBIT D-1**



3/14/2024 2:33 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Ruben Tamez

**Velva Price**
**District Clerk, Travis County**
Civil Division (512) 854-9457

# SERVICE REQUEST FORM

## REQUESTED BY:

**ATTORNEY/FILER:** Peter J. Rutter

**PHONE #:** (512) 220-1800

**EMAIL:** pete@teamjustice.com; cc: mlange@teamjustice.com

**SUBMITTED BY:** Peter J. Rutter

**TITLE:** Attorney for Plaintiff

**SIGNATURE:** */s/ Peter J. Rutter*

## ISSUE PROCESS FOR:

**CAUSE #:** D-1-GN-24-001670          **CASE STYLE:** Fleming v. Gateway Square LLC, et al.

## QUICK CITATION REQUEST: (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐ TRAVIS CO. CONSTABLE (specify):                ☐ CERTIFIED MAIL BY CLERK  ☐ ATTORNEY/REQUESTER

☐ PRIVATE PROCESS AGENCY (specify):         ☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

## DETAILED SERVICE REQUEST: (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION

| DESCRIPTION OF INSTRUMENT(S) TO BE SERVED: | Plaintiff's Original Petition |
|---|---|
| ☐ I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION N/A | |

| TYPE OF PROCESS TO ISSUE: | ☒ CITATION  ☐ CERTIFIED NOTICE  ☐ PROTECTIVE ORDER*  ☐ TRO*^  ☐ INJUNCTION*^  ☐ SEQUESTRATION* ☐ ATTACHMENT*  ☐ EXECUTION*  ☐ ABSTRACT*  ☐ SUPERSEDEAS^  ☐ SCIRE FACIAS*  ☐ OTHER^ |
|---|---|
| *SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD: N/A | ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT |

## SERVICE TO BE ISSUED:

| | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| **PARTY NAME:** Gateway Square LLC<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☒ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| **PARTY NAME:** WPG Texas Properties, LLC<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☒ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |
| **PARTY NAME:** Washington Prime Management Associates, LLC<br>**PARTY TYPE:** Defendant<br>☒ USE ADDRESS IN ORIGINAL PETITION ☐ SECRETARY OF STATE<br>☐ OTHER ADDRESS: | ☐ TRAVIS CO. CONSTABLE<br>☐ ATTORNEY/REQUESTOR<br>☐ PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☒ PERSONAL SERVICE<br>☐ CERTIFIED MAIL (BY CONSTABLE)<br>☐ CERTIFIED MAIL (BY CLERK)<br>☐ CITATION BY POSTING*<br>☐ CITATION BY PUBLICATION* |

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

Please email citations to mlange@teamjustice.com.

**FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM**

EXHIBIT D-2

**VELVA PRICE**
**TRAVIS COUNTY DISTRICT CLERK**
**CIVIL DIVISION (512) 854-9457**

**SERVICE REQUEST FORM**

| Cause #: | Case Style: |
|---|---|

**PARTY NAME:** Ulta Salon, Cosmetics & Fragrance, Inc.

**PARTY TYPE:** Defendant

■USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE
☐OTHER ADDRESS:

**EMAIL PROCESS TO:**
☐TRAVIS CO. CONSTABLE
■ATTORNEY/REQUESTOR
☐PRIVATE PROCESS AGENCY:
Process Agency Name:

**SERVE VIA:**
■PERSONAL SERVICE
☐CERTIFIED MAIL (BY CONSTABLE)
☐CERTIFIED MAIL (BY CLERK)
☐CITATION BY POSTING*
☐CITATION BY PUBLICATION*

*This Type of Service may require a court order. Enter date of service order in case record: N/A

**EXHIBIT D-2**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Madisen Lange on behalf of Peter John Rutter
Bar No. 791586
mlange@texasjustice.com
Envelope ID: 85563775
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 3/18/2024 7:15 AM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 3/14/2024 2:33:29 PM | SENT |

**EXHIBIT D-2**

4/4/2024 3:48 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Eva Fairchild

## RETURN OF SERVICE

**State of Texas**                     **County of Travis**                     **419TH DISTRICT Court**

Case Number: D-1-GN-24-001670

Plaintiff: **SHARON FLEMING**
vs.
Defendant: **vs.**
**GATEWAY SQUARE LLC; WPG TEXAS PROPERTIES, LLC;**
**WASHINGTON PRIME MANAGEMENT**
**ASSOCIATES, LLC; ULTA SALON, COSMETICS & FRAGRANCE, INC.**

For:
Peter Rutter
DC LAW, PLLC
1012 W. Anderson Ln.
Austin, TX 78757

Received by Bloodhound Investigations on the 27th day of March, 2024 at 10:54 am to be served on **WPG TEXAS PROPERTIES, LLC C/O REGISTERED AGENT PARACORP INCORPORATED, 1999 Bryan St. Ste 900, Dallas, TX 75201**.

I, Kenneth Frechette, do hereby affirm that on the **3rd day of April, 2024** at **12:49 pm, I:**

delivered a true copy of Citation and Copy of Plaintiff's Original Petition to George Martinez as Intake Specialist in person, having first endorsed the date of delivery on same at the address of 1999 Bryan St. Ste. 900, Dallas, TX 75201.

My name is Kenneth Frechette, my date of birth is 03/11/1980 and my address is P.O. Box 131621, Dallas, Texas, 75313. I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service is true and correct and that the declaration was executed on 4/3/2024.

**Additional Information pertaining to this Service:**
4/1/24 12:40pm - attempted service. Spoke with Terri Yin, she advised that they are not currently a registered agent for this company. She looked it up in their system and cannot accept. She also looked it up on the SOS and it came back as no on file. She's not able to accept.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

**Kenneth Frechette**
PSC 13712 Exp. 12/31/24

**Bloodhound Investigations**
**8120 Research Blvd.**
**Ste 105-339**
**Austin, TX 78758**
**(512) 956-5534**

Our Job Serial Number: ADL-2024000251
Ref: 2024000251

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

**EXHIBIT D-3**

## RETURN OF NON-SERVICE

**State of Texas**                    **County of Travis**                    **419TH DISTRICT Court**

Case Number: D-1-GN-24-001670

Plaintiff: **SHARON FLEMING**
vs.
Defendant: **vs.**
**GATEWAY SQUARE LLC; WPG TEXAS PROPERTIES, LLC;**
**WASHINGTON PRIME MANAGEMENT**
**ASSOCIATES, LLC; ULTA SALON, COSMETICS & FRAGRANCE, INC.**

For:
Peter Rutter
DC LAW, PLLC
1012 W. Anderson Ln.
Austin, TX 78757

Received by Bloodhound Investigations on the 27th day of March, 2024 at 10:54 am to be served on **WPG TEXAS PROPERTIES, LLC C/O REGISTERED AGENT PARACORP INCORPORATED, 3610-2 NORTH JOSEY LANE, SUITE 223, CARROLLTON, TX 75007**.

I, Kenneth Frechette, do hereby affirm that on the **1st day of April, 2024** at **12:49 pm, I:**

**NON-SERVED** the **Citation and Copy of Plaintiff's Original Petition**. After due search, careful inquiry and diligent attempts was unable to serve on **WPG TEXAS PROPERTIES, LLC C/O REGISTERED AGENT PARACORP INCORPORATED** at 3610-2 NORTH JOSEY LANE, SUITE 223, CARROLLTON, TX 75007 for the reasons detailed in the comments below.

4/1/24 12:40pm - attempted service. Spoke with Terri Yin, she advised that they are not currently a registered agent for this company. She looked it up in their system and cannot accept. She also looked it up on the SOS and it came back as no on file. She's not able to accept.

My name is Kenneth Frechette, my date of birth is 03/11/1980 and my address is P.O. Box 131621, Dallas, Texas, 75313. I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service is true and correct and that the declaration was executed on 4/1/2024.

**Additional Information pertaining to this Service:**
4/1/24 12:40pm - attempted service. Spoke with Terri Yin, she advised that they are not currently a registered agent for this company. She looked it up in their system and cannot accept. She also looked it up on the SOS and it came back as no on file. She's not able to accept.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

**Kenneth Frechette**
PSC 13712  Exp. 12/31/24

**Bloodhound Investigations**
**8120 Research Blvd.**
**Ste 105-339**
**Austin, TX 78758**
**(512) 956-5534**

Our Job Serial Number: ADL-2024000251
Ref: 2024000251

**EXHIBIT D-3**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Madisen Lange on behalf of Peter John Rutter
Bar No. 791586
mlange@texasjustice.com
Envelope ID: 86312265
Filing Code Description: UNEXECUTED RETURN OF SERVICE
Filing Description: RETURN OF NON SERVICE  - WPG TEXAS
PROPERTIES, LLC
Status as of 4/4/2024 4:33 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 4/4/2024 3:48:55 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 4/4/2024 3:48:55 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 4/4/2024 3:48:55 PM | SENT |

**EXHIBIT D-3**



**null / ALL**
**Transmittal Number: 29104312**
**Date Processed: 05/14/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Legal Department null<br>Ulta Salon, Cosmetics & Fragrance, Inc.<br>1000 Remington Blvd.<br>Ste 120<br>Bolingbrook, IL 60440-4708 |
| **Electronic copy provided to:** | Ashley Wyrobek<br>Esme Recendez<br>Jodi Caro<br>Kelly Nelson |

| | |
|---|---|
| **Entity:** | Ulta Salon, Cosmetics & Fragrance, Inc.<br>Entity ID Number  0199311 |
| **Entity Served:** | Ulta Salon, Cosmetics & Fragrance, Inc. |
| **Title of Action:** | Sharon Fleming vs. Gateway Square LLC |
| **Matter Name/ID:** | Sharon Fleming vs. Gateway Square LLC (15701161) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Travis County District Court, TX |
| **Case/Reference No:** | D-1-GN-24-001670 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 05/14/2024 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | DJC Law, PLLC<br>512-220-1800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT D-4**

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-24-001670**

SHARON FLEMING

, PLAINTIFF(S)

vs.

GATEWAY SQUARE LLC; WPG TEXAS PROPERTIES, LLC; WASHINGTON PRIME MANAGEMENT
ASSOCIATES, LLC; ULTA SALON, COSMETICS & FRAGRANCE, INC.

, DEFENDANT(S)

TO:    **ULTA SALON, COSMETICS & FRAGRANCE, INC.**
       **BY SERVING ITS REGISTERED AGENT**
       **PRENTICE HALL CORPORATION SYSTEM**
       **211 E 7TH STREET SUITE 620**
       **AUSTIN TX 78701**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served
this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk,
you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made
no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **MARCH
14, 2024** in the **419TH DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **MARCH 18, 2024**

REQUESTED BY:
**PETER J RUTTER**
**1012 W ANDERSON LN**
**AUSTIN, TX  78757**

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street| P.O. Box 679003 (78767)
Austin TX 78701

**Ruben Tamez, Deputy**

**R E T U R N**

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at
_____ within the County of _____ on the ____ day
of _____, _____, at _____ o'clock ____M., by delivering to the within named
_____, each in person, a true copy of this citation together with
the **PLAINTIFF S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of
pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS
**D-1-GN-24-001670**

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

**SERVICE FEE NOT PAID**

<span style="color:red">**EXHIBIT D-4**</span>

5/15/2024 5:43 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Eva Fairchild

## RETURN OF SERVICE

**State of Texas**                    **County of Travis**                    **419TH DISTRICT Court**

Case Number: D-1-GN-24-001670

Plaintiff: **SHARON FLEMING**
vs.
Defendant: **vs.**
**GATEWAY SQUARE LLC; WPG TEXAS PROPERTIES, LLC;**
**WASHINGTON PRIME MANAGEMENT**
**ASSOCIATES, LLC; ULTA SALON, COSMETICS & FRAGRANCE, INC.**

For:
Peter Rutter
DC LAW, PLLC
1012 W. Anderson Ln.
Austin, TX 78757

Received by Bloodhound Investigations on the 14th day of May, 2024 at 1:14 pm to be served on **Gateway Square LLC may be served through its Registered Agent CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201**.

I, Kenneth Frechette, do hereby affirm that on the **15th day of May, 2024** at **1:26 pm, I:**

delivered a true copy of  Citation and Copy of Plaintiff's Original Petition to Terri Thongsavat as Intake Specialist in person, having first endorsed the date of delivery on same at the address of 1999 Bryan St., Ste. 900, Dallas, TX 75201.

My name is Kenneth Frechette, my date of birth is 03/11/1980 and my address is P.O. Box 131621, Dallas, Texas, 75313.  I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service is true and correct and that the declaration was executed on 5/15/2024.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

**Kenneth Frechette**
PSC 13712  Exp. 12/31/24

**Bloodhound Investigations**
**8120 Research Blvd.**
**Ste 105-339**
**Austin, TX 78758**
**(512) 956-5534**

Our Job Serial Number: ADL-2024000433
Ref: 2024000433

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT D-5**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Madisen Lange on behalf of Peter John Rutter
Bar No. 791586
mlange@texasjustice.com
Envelope ID: 87793722
Filing Code Description: EXECUTED SERVICE
Filing Description: EXECUTED RETURN SERVICE OF CITATION
-GETAWAY SQUARE, LLC
Status as of 5/16/2024 1:20 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |

**EXHIBIT D-5**

5/15/2024 5:43 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Eva Fairchild

## RETURN OF SERVICE

| State of Texas | County of Travis | 419TH DISTRICT Court |
|---|---|---|

Case Number: D-1-GN-24-001670

Plaintiff: **SHARON FLEMING**
vs.
Defendant: **vs.**
**GATEWAY SQUARE LLC; WPG TEXAS PROPERTIES, LLC;**
**WASHINGTON PRIME MANAGEMENT**
**ASSOCIATES, LLC; ULTA SALON, COSMETICS & FRAGRANCE, INC.**

For:
Peter Rutter
DC LAW, PLLC
1012 W. Anderson Ln.
Austin, TX 78757

Received by Bloodhound Investigations on the 14th day of May, 2024 at 1:14 pm to be served on
**Washington Prime Management Associates, LLC may be served through its Registered Agent CT**
**Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201**.

I, Kenneth Frechette, do hereby affirm that on the **15th day of May, 2024** at **1:26 pm, I:**

delivered a true copy of  Citation and Copy of Plaintiff's Original Petition to Terri Thongsavat in person,
having first endorsed the date of delivery on same at the address of 1999 Bryan St., Ste. 900, Dallas, TX
75201.

My name is Kenneth Frechette, my date of birth is 03/11/1980 and my address is P.O. Box 131621,
Dallas, Texas, 75313.  I declare under penalty of perjury under the laws of the United States that the
foregoing information contained in the return of service is true and correct and that the declaration was
executed on 5/15/2024.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas
Process Server, in good standing, in the judicial circuit in which the process was served.

**Kenneth Frechette**
PSC 13712  Exp. 12/31/24

**Bloodhound Investigations**
**8120 Research Blvd.**
**Ste 105-339**
**Austin, TX 78758**
**(512) 956-5534**

Our Job Serial Number: ADL-2024000434
Ref: 2024000434

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT D-6**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Madisen Lange on behalf of Peter John Rutter
Bar No. 791586
mlange@texasjustice.com
Envelope ID: 87793722
Filing Code Description: EXECUTED SERVICE
Filing Description: EXECUTED RETURN SERVICE OF CITATION
-GETAWAY SQUARE, LLC
Status as of 5/16/2024 1:20 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Peter J.Rutter | | pete@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |
| Madisen Lange | | mlange@teamjustice.com | 5/15/2024 5:43:52 PM | SENT |

**EXHIBIT D-6**

6/6/2024 3:57 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Susan Schmidt

CAUSE NO. D-1-GN-24-001670

| | | |
|---|---|---|
| SHARON FLEMING | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| GATEWAY SQUARE LLC, | § | |
| WPG TEXAS PROPERTIES, LLC | § | |
| WASHINGTON PRIME MANAGEMENT | § | |
| ASSOCIATES, LLC and ULTA SALON, | § | |
| COSMETICS & FRAGRANCE, INC. | § | 419TH JUDICIAL DISTRICT |

**DEFENDANTS' GATEWAY SQUARE LLC AND WASHINGTON PRIME
MANAGEMENT ASSOCIATES ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

COME NOW Gateway Square LLC and Washington Prime Management Associates, LLC

("Defendants") and file their Answer to Plaintiff's Original Petition and would show the Court as

follows:

**I.**
**GENERAL DENIAL**

Pursuant to Texas Rule of Civil Procedure 92, Defendants enter its general denial and

respectfully requests that Sharon Fleming ("Plaintiff") be required to prove her charges, assertions,

and allegations by clear and convincing evidence as is required by the laws of the State of Texas.

Defendants pray that, upon final hearing, judgment be entered that Plaintiff take nothing

and that Defendants be dismissed with its costs.

**II.**
**PLAINTIFF'S CONTENTIONS**

Pleading additionally, or in the alternative, Defendants assert that the accident made the

basis of this suit did not occur in the fashion or manner alleged by Plaintiff.

**EXHIBIT D-7**

**III.**
**SOLE PROXIMATE CAUSE**

Pleading additionally, or in the alternative, Defendants further allege that at the times and places and on the occasions in question, the Plaintiff failed to exercise that degree of care which an ordinarily prudent person in the exercise of ordinary care would have exercised under the same or similar circumstances, and such failure was the sole proximate cause of the occurrence made the basis of this suit.

**IV.**
**LIMITATION OF LIABILITY**

Pleading alternatively, Defendants invoke the liability and damages limitations of §41.008 of the Texas Civil Practice & Remedies Code.

**V.**
**TEXAS CIVIL PRACTICE & REMEDIES CODE § 41.0105**

Defendants hereby invoke and asserts the provisions of the Section 41.0105 of the Texas Civil Practice and Remedies Code.

**VI.**
**LIABILITY OF THIRD PARTIES**

Defendants further allege that the occurrence made the basis of this suit was caused in whole or in part by third persons, including, but not limited to the other parties over whom these Defendants had no control and for whose acts and/or omissions it was not in fact nor in law responsible.

**VII.**

Pleading further, if same be necessary, Defendants will show that no act or omission of Defendants was the cause of any injury to Plaintiff.

EXHIBIT D-7

## VIII.
## FAILURE TO MITIGATE

Defendants would show that Plaintiff failed to mitigate her damages in that she failed to take reasonable precautions to protect herself and to mitigate their injuries and monetary losses.

## IX.
## PROPORTIONATE RESPONSIBILITY

While continuing to deny that Plaintiff's injuries and damages, if any, were proximately caused by Defendants, pursuant to Chapter 33, Texas Civil Practice & Remedies Code, answering Defendants request a determination of whether the purported injuries and damages to Plaintiff were proximately caused or produced by the conduct of Plaintiff and/or other persons or parties, and, if so, the percentage of such causation attributable to the Plaintiff, other persons or parties found to have been a cause of any of the Plaintiff's alleged injuries, losses or damages, and to reduce and/or apportion the judgment, if any, by the degree of such causation attributed to the Plaintiff, other persons or parties.

## X.
## CONTRIBUTORY NEGLIGENCE

Defendants assert as an additional affirmative defense, if same be necessary, that Plaintiff was contributorily negligent.

## XI.
## PRE-EXISTING CONDITIONS

Plaintiff's injuries and damages, if any, were the result, in whole or in part, of pre-existing or subsequent conditions and were not the result of any act or omission on the part of answering Defendants and/or the uninsured motorist.

EXHIBIT D-7

**XII.**
**NOTICE**

Defendants hereby plead that it owed Plaintiff no duty because the condition she complains of was either open and obvious or known to Plaintiff and/or Defendants did not know nor could have known of the existence of the alleged condition.

**XIII.**
**NET LOSS**

Defendants further invoke and asserts the provisions of Texas Civil Practice & Remedies Code §18.091.

**XIV.**
**RIGHT TO AMEND**

Pleading additionally and pleading in the alternative as authorized by the Texas Rules of Civil Procedure, Defendants reserve the right to amend its answer following further discovery in this case and as allowed by Texas law.

**XVII.**
**PRAYER**

WHEREFORE PREMISES CONSIDERED, Defendants Gateway Square LLC and Washington Prime Management Associates pray that after trial, Plaintiff recover nothing, and that Defendants be discharged with its costs.

EXHIBIT D-7

Respectfully submitted,

PAPPAS GRUBBS PRICE PC

_____

Alma J. Aguirre
State Bar No. 24029414
Email: aaguirre@pappasgrubbs.com
Two Houston Center
909 Fannin, Suite 2500
Houston, Texas 77010
713.951.1000 – telephone
713.951.1199 – facsimile

**ATTORNEYS FOR DEFENDANTS
GATEWAY SQUARE LLC AND
WASHINGTON PRIME MANAGEMENT
ASSOCIATES, LLC**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded by facsimile to all counsel of record on the 6th day of June 2024.

_____

Alma J. Aguirre

Fleming - Original Answer(7567674.1)

5

**EXHIBIT D-7**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Drejoin Ellington on behalf of Alma Aguirre
Bar No. 24029414
dellington@pappasgrubbs.com
Envelope ID: 88533073
Filing Code Description: Answer/Response
Filing Description: DEFENDANTS' GATEWAY SQUARE LLC AND WASHINGTON PRIME MANAGEMENT ASSOCIATES ANSWER TO PLAINTIFF'S ORIGINAL PETITION
Status as of 6/7/2024 12:26 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 6/6/2024 3:57:46 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 6/6/2024 3:57:46 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 6/6/2024 3:57:46 PM | SENT |

Associated Case Party: WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alma Aguirre | | aaguirre@pappasgrubbs.com | 6/6/2024 3:57:46 PM | SENT |
| Drejoin Ellington | | dellington@pappasgrubbs.com | 6/6/2024 3:57:46 PM | SENT |

**EXHIBIT D-7**

6/7/2024 4:36 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Eva Fairchild

**CAUSE NO: D-1-GN-24-001670**

| | | |
|---|---|---|
| **SHARON FLEMING** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **419TH JUDICIAL DISTRICT** |
| | § | |
| **GATEWAY SQUARE LLC, ET. AL.** | § | |
| *Defendants.* | § | **TRAVIS COUNTY, TEXAS** |

---

## NOTICE OF APPEARANCE

---

The undersigned hereby gives notice of their appearance in the above-referenced proceedings on behalf of Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta"). All future notices and pleadings in the above-referenced proceeding should be served on the undersigned at the address set forth above.

Respectfully submitted,

DINSMORE & SHOHL, PLLC

*/s/ Sarah R. Smith*
Sarah R. Smith
Texas Bar No. 24056346
sarah.smith@lewisbrisbois.com
Amanda L. Catalani
Texas Bar No. 24101602
amanda.catalai@lewisbrisbois.com
DINSMORE & SHOHL, PLLC
12 Greenway Plaza, Suite 1100
Houston, Texas 77046
Tel:  346.293.7878
Fax:  346.293.7877

**ATTORNEYS FOR DEFENDANT
ULTA SALON, COSMETICS &
FRAGRANCE, INC.**

**EXHIBIT D-8**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of 2024, a true and correct copy of the foregoing *Notice of Appearance* was served on all parties and counsel of record via electronic service through the court's electronic-filing manager and/or email pursuant to the Texas Rules of Civil Procedure.

*/s/ Sarah R. Smith*
Sarah R. Smith

2

EXHIBIT D-8

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 88584564
Filing Code Description: Notice
Filing Description: NOTICE OF APPEARANCE
Status as of 6/10/2024 4:58 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 6/7/2024 4:36:25 PM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 6/7/2024 4:36:25 PM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 6/7/2024 4:36:25 PM | SENT |

Associated Case Party: WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alma Aguirre | | aaguirre@pappasgrubbs.com | 6/7/2024 4:36:25 PM | SENT |
| Drejoin Ellington | | dellington@pappasgrubbs.com | 6/7/2024 4:36:25 PM | SENT |

Associated Case Party: ULTA SALON, COSMETICS & FRAGRANCE, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Debbie Trevino | | debbie.trevino@dinsmore.com | 6/7/2024 4:36:25 PM | SENT |
| Ronnette VanHoose | | ronnette.vanhoose@dinsmore.com | 6/7/2024 4:36:25 PM | SENT |
| Sarah R.Smith | | sarah.smith@dinsmore.com | 6/7/2024 4:36:25 PM | SENT |
| Amanda LCatalani | | amanda.catalani@dinsmore.com | 6/7/2024 4:36:25 PM | SENT |

**EXHIBIT D-8**

6/10/2024 11:50 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001670
Susan Schmidt

**CAUSE NO: D-1-GN-24-001670**

| | | |
|---|---|---|
| **SHARON FLEMING** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **419TH JUDICIAL DISTRICT** |
| | § | |
| **GATEWAY SQUARE LLC, ET. AL.** | § | |
| *Defendants.* | § | **TRAVIS COUNTY, TEXAS** |

---

### DEFENDANT ULTA BEAUTY, INC.'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") files its *Original Answer and Affirmative Defenses in Response to Plaintiff's Original Petition* and would respectfully show the Court the following:

### I.
### GENERAL DENIAL

1.      As authorized by TEXAS RULE OF CIVIL PROCEDURE 92, Defendant generally denies each allegation contained in Plaintiff's Original Petition and requests that Plaintiff be required to prove her charges and allegations against Defendant by a preponderance of the evidence and/or clear and convincing evidence as required by the Constitution and laws of the State of Texas.

### II.
### SPECIAL EXCEPTION

2.      Defendant specially excepts to Plaintiff's Original Petition, paragraph 11.00, in that it purports to designate all documents produced in this action as self-authenticating under TEXAS RULES OF CIVIL PROCEDURE 193.7. Plaintiffs' blanket designation is ineffective as actual notice and does not comport with the Rule. *See In re Ford Motor Company*, No. 13-22-00083-CV, 2022 Tex. App. LEXIS 6440 (Tex. App.-Corpus Christi-Edinburg Aug. 26, 2022, orig. proceeding).

**EXHIBIT D-9**

### III.
#### AFFIRMATIVE DEFENSES

3.      Defendant denies that it committed any wrongful conduct, whether knowingly, intentional, or otherwise, or that it acted with fraud or malice.

4.      Defendant further alleges that at the times and places and on the occasions in question, Plaintiff failed to exercise that degree of care which an ordinarily prudent person in the exercise of ordinary care would have exercised under the same or similar circumstances, and such failure proximately caused or contributed to cause the occurrence made the basis of this suit.

5.      Defendant assert that Plaintiff's injuries, losses, and damages, if any, were the result, in whole or in part, of pre-existing or subsequent conditions and were not the result of any act or omission on the part of Defendant.

6.      Defendant asserts that Plaintiff failed to mitigate her damages, and, as such, Plaintiff's claims and causes of action against Defendant should be limited proportionally.

7.      Plaintiff's claims are barred, in whole or in part, because there was an intervening or supervening cause for which Defendant cannot be held liable.

8.      Defendant would further show that the damages, if any, sustained by Plaintiff were proximately caused, in whole or in part, by the fault, negligence, acts, or omissions of a third party or parties over whom Defendant had no control or right of control, either actual or constructive, and for whose acts Defendant is not and cannot be held responsible.

9.      To the extent that some or all of Plaintiff's claims may have been fully adjusted and payment tendered, Plaintiff is only entitled to one satisfaction or recovery for her alleged damages.

10.     Defendant specifically pleads, invokes, and reserves the following rights as guaranteed by Chapters 32 and 33 of Texas Civil Practice and Remedies Code to the extent they are ultimately applicable to this case:

EXHIBIT D-9

    a.   The right to a reduction of any dollar verdict which may be rendered in this case in accordance with §§33.012-.013 of the Texas Civil Practice and Remedies Code.

    b.   The right to have the trier-of-fact compare the responsibility of each party, each settling person, and each responsible third party and assign percentages to such parties, persons, and responsible third parties to reduce or bar any claim against Defendant under the doctrine of proportionate responsibility or comparative negligence established by TEX. CIV. PRAC. & REM. CODE § 33.001, *et seq.*

    c.   The right to contribution in accordance with the provisions of §§ 32.001 *et seq.* and §§ 33.015-.016 of the Texas Civil Practice and Remedies Code.

11.    Defendant hereby invokes the limitation on the recoverability of lost earnings and loss of earning capacity pursuant to TEX. CIV. PRAC. & REM. CODE § 18.091. Further, if Plaintiff seeks recovery for loss of earnings, loss of earning capacity and/or loss of contributions of a pecuniary value, the Court shall instruct the jury as to whether any recovery for such compensatory damages sought by Plaintiff is subject to federal or state income taxes.

12.    Defendant asserts that pursuant to TEX. CIV. PRAC. & REM. CODE § 41.0105, any recovery of medical or health care expenses incurred by Plaintiff is limited to the amounts actually paid or incurred by or on behalf of Plaintiff.

13.    In the unlikely event Defendant is found at fault, the amount of prejudgment interest on any damages award is limited by law and, in no event, can exceed the amount set forth by §§ 304.001 *et seq.* of the Texas Finance Code or other applicable statutes.

14.    If Defendant is found liable for exemplary damages, those damages must be limited and capped under the Texas Damages Act, §§ 41.003 – 41.012 of the Texas Civil Practice and Remedies Code and the Due Process Clauses of the United States and Texas Constitutions.

**EXHIBIT D-9**

**IV.**
**RESERVATION OF RIGHTS**

Defendant reserves its right to amend its Answer to Plaintiff's pleadings until after it has

had an opportunity to more closely investigate these claims, as is its right and privilege under the

TEXAS RULES OF CIVIL PROCEDURE and the laws of the State of Texas.

**V.**
**JURY DEMAND**

Defendant requests a jury in this case and tenders the appropriate fee.

**VI.**
**PRAYER**

WHEREFORE PREMISES CONSIDERED, Defendant Ulta Salon, Cosmetics &

Fragrance, Inc. prays that upon final trial and hearing hereof, that Plaintiff take nothing by reason

of her suit, that Defendant be awarded costs incurred on behalf of this suit, and for such other

relief, both general and special, for which Defendant may show itself justly entitled.


Respectfully submitted,

DINSMORE & SHOHL LLP


_/s/ Sarah R. Smith_
Sarah R. Smith
Texas State Bar No. 24056346
Amanda L. Catalani
Texas State Bar No. 24101602
12 Greenway Plaza, Suite 1100
Houston, Texas 77046
(T) 346-293-7878
Sarah.Smith@dinsmore.com
Amanda.Catalani@dinsmore.com

**ATTORNEYS FOR DEFENDANT**
**ULTA SALON, COSMETICS &**
**FRAGRANCE, INC**

4

**EXHIBIT D-9**

## CERTIFICATE OF SERVICE

 I hereby certify that on this 10th day of June 2024, a true and correct copy of the foregoing *Defendant Ulta Salon, Cosmetics & Fragrance, Inc.'s Original Answer in Affirmative Defenses in Response to Plaintiff's Original Petition* was served upon all parties of record in accordance with the Texas Rules of Civil Procedure via e-service:

  Peter J. Rutter
  DJC LAW, PLLC
  1012 W. Anderson Ln.
  Austin, Texas 78757
  pete@teamjustice.com
  *Attorney for Plaintiffs*

  Alma J. Aguirre
  PAPPAS GRUBBS PRICE, PC
  4435 S. Jackson Rd., Suite B
  Edinburg, Texas 78539
  aaguirre@pappasgrubbs.com

  *Attorneys for Defendants*
  *Gateway Square LLC and*
  *Washington Prime Management*
  *Associates, LLC*

         */s/ Sarah R. Smith*    
         Sarah R. Smith

5

**EXHIBIT D-9**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Debbie Trevino on behalf of Sarah Smith
Bar No. 24056346
Debbie.Trevino@Dinsmore.com
Envelope ID: 88613964
Filing Code Description: Answer/Response
Filing Description: DEFENDANT ULTA BEAUTY, INC.'S ORIGINAL
ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO
PLAINTIFF'S ORIGINAL PETITION
Status as of 6/10/2024 2:09 PM CST

Associated Case Party: SHARON FLEMING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Madisen Lange | | mlange@teamjustice.com | 6/10/2024 11:50:33 AM | SENT |
| Peter J.Rutter | | pete@teamjustice.com | 6/10/2024 11:50:33 AM | SENT |
| Mateo Jaramillo | | mateo@teamjustice.com | 6/10/2024 11:50:33 AM | SENT |

Associated Case Party: WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alma Aguirre | | aaguirre@pappasgrubbs.com | 6/10/2024 11:50:33 AM | SENT |
| Drejoin Ellington | | dellington@pappasgrubbs.com | 6/10/2024 11:50:33 AM | SENT |

Associated Case Party: ULTA SALON, COSMETICS & FRAGRANCE, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amanda LCatalani | | amanda.catalani@dinsmore.com | 6/10/2024 11:50:33 AM | SENT |
| Sarah R.Smith | | sarah.smith@dinsmore.com | 6/10/2024 11:50:33 AM | SENT |
| Ronnette VanHoose | | ronnette.vanhoose@dinsmore.com | 6/10/2024 11:50:33 AM | SENT |
| Debbie Trevino | | debbie.trevino@dinsmore.com | 6/10/2024 11:50:33 AM | SENT |

**EXHIBIT D-9**